**Order entered January 31, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01416-CR
No. 05-16-01417-CR

**SUSAN GAY PRUITT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 380-82407-2014, 380-32408-2014**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the September 18, 2017 motion of Lara E. Bracamonte for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Lara E. Bracamonte as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Susan Gay Pruitt, TDCJ No. 02101449, Christina Melton Crain Unit, 1401 State School Road, Gatesville, Texas, 76599-2999.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE